IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WESTERN WORLD INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No.   13-cv-902 JPG/SCW |
| EAST SIDE HEALTH DISTRICT and CHERYL STRINGER, | ) ) ) ) | |
| Defendants. | ) ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Notice of Voluntary Dismissal of defendant Cheryl Stringer (Doc. 18) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiff Western World Insurance Company.  Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment.  The defendant sought to be dismissed has not served an answer or motion for summary judgment in this case.  Because the plaintiff has an absolute right to dismiss this case against a defendant at the present time, the Court finds that this action against Cheryl Stringer is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close this case.

DATED: April 21, 2014

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE