# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| **WESTERN WORLD INSURANCE COMPANY,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| **vs.** | ) | No. | 13-902-SCW |
| | ) | | |
| **EAST SIDE HEATH DISTRICT and CHERYL STRINGER,** | ) | | |
| | ) | | |
| | ) | | |
| **Defendant(s),** | ) | | |

## JUDGMENT IN A CIVIL CASE

Defendant **CHERYL STRINGER** was dismissed without prejudice by an Order entered by J. Phil Gilbert on April 21, 2014 (Doc. 20).

The remaining issues came before this Court.

**IT IS ORDERED AND ADJUDGED** that pursuant to Order entered by United States Magistrate Judge Stephen C. Williams on February 23, 2015 (Doc. 33) declaratory judgment is entered.  Western World Insurance Company owes no obligation to defend or indemnify East Side Heath District under Policy Numbers NPP8034200 and NPP8034516 in regards to the underling *Stringer* lawsuit (Case # 13-105, in St. Clair County, IL) or any related claims.

**Dated:**  March 3, 2015

Justine Flanagan, Acting Clerk of Court

By: s//Angela Vehlewald
                              **Deputy Clerk**

Approved:  s//Stephen C. Williams
                    STEPHEN C. WILLIAMS
                    UNITED STATES MAGISTRATE JUDGE